AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 19-cr-10191-RWZ |
| Insys Pharma, Inc. ) | |
| ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/07/2019

_Matt O'C (on behalf of Insys Pharma, Inc.)_
*Defendant's signature*

_Matt O'C_
*Signature of defendant's attorney*

Matthew J. O'Connor
*Printed name of defendant's attorney*

_Rya Zobel_
*Judge's signature*

United States District Judge Rya W. Zobel
*Judge's printed name and title*